# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JERRY GROVER,**
       **Plaintiff,**

     v.                                                        Case No. 08C0960

**STEVEN BISKUPIC, et al.,**
       **Defendants.**

## ORDER

Plaintiff Jerry M. Grover brought this action alleging various defendants, including attorneys affiliated with the U.S. Attorney's Office and federal probation officers, violated his constitutional rights. District courts may screen complaints filed by all litigants, prisoners and non-prisoners, regardless of fee status. Rowe v. Shake, 196 F.3d 778, 783 (7th Cir. 1999). The district court may screen the complaint prior to service on the defendants, and must dismiss the complaint if it is legally "frivolous or malicious" or fails to state a claim upon which relief may be granted. Id.; 28 U.S.C. § 1915(e)(2)(B). To avoid dismissal for failure to state a claim, the complaint must satisfy the pleading requirements set forth in the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 8. In this case, plaintiff has failed to include any demand for relief, and therefore has not satisfied the pleading requirement set forth in Rule 8(a)(3). As such, I will dismiss his complaint for failure to state a claim, and give plaintiff leave to file an amended complaint. Plaintiff shall filed this complaint on or before February 9, 2009. Failure to do so will result in dismissal of this case without prejudice.

       **Therefore,**

**IT IS ORDERED** that the complaint in this action is **DISMISSED** for failure to state a claim.

**IT IS FURTHER ORDERED** that plaintiff may file an amended complaint on or before **February 9, 2009**. If plaintiff does not file an amended complaint by February 9, 2009, this case will be dismissed without prejudice.

Dated at Milwaukee, Wisconsin this 9 day of January, 2009.

/s
LYNN ADELMAN
District Judge